WHALEN, Appellant, v. SQUIRES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Elizabeth Whalen against Mary J. Squires and others.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the

appellant to abide the event. Held, that the record presents questions of fact which should have been submitted to the jury.

